DANIEL G. BOGDEN
United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-198-JCM-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Stipulation to Continue** |
| ) | **Government Response to Defense** |
| ) | **Motion to Suppress (ECF #23)** |
| MICHAEL STEVEN SANDFORD, ) | (First Request) |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Jared L. Grimmer, Assistant United States Attorneys, counsel for the United States, and Brenda Weksler, Assistant Federal Public Defender, counsel for defendant MICHAEL STEVEN SANDFORD, that the government's response date for the defendant's Motion to Suppress Statements (ECF #23) currently set for September 9, 2016, be continued for two weeks. The parties are currently in plea negotiations and seek to resolve this matter. If a plea is agreed to between the parties it will eliminate the need for a response to the motion and will conserve resources of the government and this Court. This is a joint recommendation of this Court by both parties.

This is the first request for continuance of a response date filed herein by Counsel.

DATED this 6th day of September, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/                                                                      /s/
_____          _____
BRENDA WEKSLER                                      JARED L. GRIMMER
Assistant Federal Public Defender              Assistant United States Attorney
Counsel for Defendant Sandford

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-198-JCM-VCF |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND ORDER TO CONTINUE DATE OF GOVERNMENT'S MOTION RESPONSE DATE** |
| MICHAEL STEVEN SANDFORD, | |
| Defendant. | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the government's response date to the defendant's Motion to Suppress Statements (ECF #23) currently set for September 9, 2016, be continued for two weeks, as requested jointly by the parties to this matter.

### ORDER

**IT IS THEREFORE ORDERED** that the government's response to defense motion be continued to September 23, 2016.

DATED 7th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3