RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Michael Steven Sandford

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHAEL STEVEN SANDFORD,<br><br>              Defendant. | Case No. 2:16-cr-198-JCM-VCF<br><br>**UNOPPOSED MOTION TO WITHDRAW MOTION TO SUPPRESS (CR #23)** |

COMES NOW the defendant, Michael Steven Sandford, by and through his counsel of record, Brenda Weksler, Assistant Federal Public Defender, and hereby files this Unopposed Motion to Withdrawal Defendant's Motion to Suppress (CR #23). The parties have reached a resolution and Mr. Sandford has entered a guilty plea with the Court. Mr. Sandford therefore requests the Court allow him to withdraw his pending Motion to Suppress (CR #23).

Dated this 15th day of September, 2016.

RENE L. VALLADARES
Federal Public Defender

By:   */s/ Brenda Weksler*
      BRENDA WEKSLER
      Assistant Federal Public Defender
      Attorney for Michael Steven Sandford

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   9-15-2016

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 15, 2016, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW MOTION TO SUPPRESS (CR #23)** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
JARED GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Lauren Pullen*
Employee of the Federal Public Defender

2